1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
YASIN HUFUNE, *et al.*,                                          )          No. C16-0265RSL
                                                                )
                              Plaintiffs,                        )
                                                                )
              v.                                                 )          ORDER RENOTING MOTION FOR
                                                                )          ATTORNEY'S FEES
BAGS, INC.,                                                      )
                                                                )
                              Defendant.                         )
_____)

On December 22, 2016, plaintiffs filed "Class Counsel's Motion for Attorney's Fees,

Costs and Class Representatives' Incentive Awards" in the above-captioned matter. The motion

was incorrectly noted on the Court's calendar for consideration on January 13, 2017: objections

to the fee petition and request for incentive awards are not due until January 23, 2017 (Dkt. # 22

at 10). The request for fees and awards will be considered at the Final Approval Hearing

scheduled for March 2, 2017. The Clerk of Court is directed to renote Dkt. # 23 on the Court's

calendar for that date.

DATED this 19th day of January, 2017.

*MM S Lasnik*
_____
Robert S. Lasnik
United States District Judge

ORDER RENOTING MOTION FOR
ATTORNEY'S FEES